ACCEPTED
15-25-00021-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
4/11/2025 3:48 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-25-00021-CV**

In the Fifteenth Court of Appeals
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
4/11/2025 3:48:53 PM
CHRISTOPHER A. PRINE
Clerk

PFIZER INC. and TRIS PHARMA, INC.,
Petitioners/Defendants,

v.

The STATE OF TEXAS and TARIK AHMED,
Respondents/Plaintiffs.

Permissive Appeal from the 71st Judicial District Court, Harrison County, Texas

## WILLIAM E. LAWLER'S UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION

William E. Lawler III
BLANK ROME LLP
1825 Eye St. N.W.
Washington, D.C. 20006-5403
william.lawler@blankrome.com
Tel: 202.420.2249
Fax: 202.330.5460
**ATTORNEY FOR
PETITIONER/DEFENDANT,
TRIS PHARMA, INC.**

TO THE HONORABLE COURT OF APPEALS:

I,     William E. Lawler, move the Court for permission to appear before the Court *pro hac vice,* under the authority of the Rules Governing Admission to the Bar of Texas, Rule XIX, as attorney for Petitioner/Defendant,TRIS PHARMA, INC., and would show the Court the following:

**I.**
**FACTS**

1.     My contact information is as follows:

> BLANK ROME LLP
> 1825 Eye St. N.W.
> Washington, D.C. 20006-5403
> Tel: 202.420.2249
> Fax: 202.330.5460
> william.lawler@blankrome.com

2.     I am associated with resident attorney Harry "Gil" Gillam, Jr.  who will personally participate in the appeal of this case on behalf of Petitioner/Defendant, TRIS PHARMA, INC. He is a practicing attorney and a member in good standing with the State Bar of Texas. His state bar number and contact information is as follows:

> Harry "Gil" Gillam, Jr.
> State No. 07921800
> GILLAM & SMITH LLP
> 303 S. Washington Ave.
> Tel: 903- 934-8450
> Fax: 903-934-9257
> gil@gillamsmithlaw.com

Mr. Harry "Gil" Gillam, Jr is concurrently filing an unopposed motion recommending that I be granted permission to participate in the proceeding before the Court. Exhibit A.

3. I am an active member in good standing in District of Columbia [398951] adm 05/12/1986; Maryland [8512010354]; USDC-ED New York; USDC-SD Texas; USDC Virgins Islands; US COA Dist of Columbia; US COA Fifth Circuit; US COA Second Circuit. I have not been the subject of disciplinary action by the Bar or courts of any jurisdiction in which I have been licensed. A certificate of good standing from the District of Columbia is attached hereto as **Exhibit A.**

4. I have not been denied admission to the courts of any state or to any federal court during the last five (5) years.

5. I am familiar with the State Bar Act, the State Bar Rules, and the Texas Disciplinary Rules of Professional Conduct governing the conduct of members of the State Bar of Texas. I will at all times abide by and comply with those rules as long as this cause of action is pending and I have not withdrawn as counsel from the proceeding.

6. In the last two (2) years, I have Not appeared in cases in Texas courts.

7. Proof of payment from the Board of Law Examiners is attached as Exhibit B.

## II.
## PRAYER

For these reasons, I ask this Court to grant my Unopposed Motion for *Pro Hac Vice* Admission and allow me to appear before this Court in this proceeding until the conclusion of this case.

Respectfully submitted,

*/s/ William E. Lawler III*
William E. Lawler III
BLANK ROME LLP
1825 Eye St. N.W.
Washington, D.C. 20006-5403
william.lawler@blankrome.com
Tel: 202.420.2249
Fax: 202.330.5460
**ATTORNEY FOR
PETITIONER/DEFENDANT,
TRIS PHARMA, INC.**

## DECLARATION

My name is William E. Lawler III, my date of birth is May 21, 1960, and my business address is 1825 Eye St. N.W, Washington, D.C. 20006-5403, United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in District of Columbia on the 11th day of April 2025.

*/s/ William E. Lawler III*
William E. Lawler III

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was forwarded to all counsel of record by electronic filing in accordance with the Texas Rules of Appellate Procedure on April 11, 2025.

**COUNSEL FOR PETITIONER/DEFENDANT PFIZER, INC.:**

**FOLEY & LARDNER LLP**
Edward D. ("Ed") Burbach
Texas State Bar No. 03355250
Stacy R. Obenhaus
Texas State Bar No. 15161570
600 Congress Avenue, Suite 2900
Austin, Texas 78701
eburbach@foley.com
sobenhaus@foley.com
(512) 542-7070

**THE VAL JONES LAW FIRM**
George Valton ("Val") Jones
Texas State Bar No. 10888050
109 West Austin St.
Marshall, TX 75670-3340
val@valjoneslaw.com
(903) 927-2220

**ROPES & GRAY LLP**
Samantha Barrett Badlam
(application for *pro hoc* admission pending)
Stefan P. Schropp
(application for *pro hoc* admission pending)
2099 Pennsylvania Ave., N.W.
Washington, DC 20006-6807
samantha.badlam@ropesgray.com
stefan.schropp@ropesgray.com
(202) 508-4734

**COUNSEL FOR RESPONDENT/PLAINTIFF THE STATE OF TEXAS:**

Jonathan Bonilla
Texas State Bar No. 24073939
Jordan Underhill
Texas State Bar No. 24102586
Vivian Egbu
Texas State Bar No. 24079078
Brittany Peters
Texas State Bar No. 24124762
Office of the Attorney General,
Civil Medicaid Fraud Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
jonathan.bonilla@oag.texas.gov
jordan.underhill@oag.texas.gov
vivian.egbu@oag.texas.gov
brittany.Peters@oag.texas.gov
(512) 475-4169

**COUNSEL FOR RESPONDENT/PLAINTIFF TARIK AHMED:**

**BROWN, LLC**
Jason T. Brown
jtb@jtblawgroup.com
Patrick S. Almonrode
patalmonrode@jtblawgroup.com
111 Town Square Place, Suite 400
Jersey City, NJ 07310
(877) 561-0000

**POTTER MINTON, P.C.**
Michael E. Jones
mikejhones@potterminton.com
E. Glenn Thames, Jr.
glennthames@potterminton.com
102 North College, Suite 900
Tyler, TX 75702
(903) 597-8311

*/s/ Harry "Gil" Gillam, Jr.*
Harry "Gil" Gillam, Jr.

In the Fifteenth Court of Appeals
Austin, Texas

PFIZER INC. and TRIS PHARMA, INC.,
Petitioners/Defendants,

v.

The STATE OF TEXAS and TARIK AHMED,
Respondents/Plaintiffs.

Permissive Appeal from the 71st Judicial District Court, Harrison County, Texas

## MOTION OF HARRY GILLAM, JR. IN SUPPORT OF MOTION TO ADMIT WILLIAMS E. LAWLER PRO HAC VICE

TO THE HONORABLE COURT OF APPEALS:

I, Harry "Gil" Gillam, Jr., hereby declare under penalty of perjury under the laws of the United States of America:.

a. My office address is 303 South Washington Avenue, Marshall, Texas 75670. My office telephone number is (903) 934-8450. My office facsimile number is (903) 934-9257. My email address is gil@gillamsmithlaw.com.

b. I am familiar with William E. Lawler, and I find him to be a reputable attorney and recommend that he be granted permission to participate in the particular proceeding before the court.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct

Dated: April  ,2025

Respectfully submitted,

By:*/s/ Harry "Gil" Gillam, Jr.*
    Harry "Gil" Gillam, Jr.
    Texas State Bar. No. 07921800
    gil@gillamsmithlaw.com
    303 S. Washington Ave.
    Marshall, Texas 75670
    (903) 934-8450 (telephone)
    (903) 934-9257 (facsimile)

# Exhibit A



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,*
*the District of Columbia Bar does hereby certify that*

# William E Lawler III

*was duly qualified and admitted on May 12, 1986 as an attorney and counselor entitled to*
*practice before this Court; and is, on the date indicated below, an Active member in good*
*standing of this Bar.*

**In Testimony Whereof,**
**I have hereunto subscribed my**
**name and affixed the seal of this**
**Court at the City of**
**Washington, D.C., on March 18, 2025.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*

# Exhibit B

# Board of Law Examiners

Appointed by the Supreme Court of Texas

March 18, 2025

William E. Lawler III
Via: E-Mail

Acknowledgment Letter

Non-Resident Attorney Fee

According to Texas Government Code §82.0361, "a nonresident attorney requesting permission to participate in proceedings in a court in this state shall pay a fee of $250 for each case in which the attorney is requesting to participate."

**This Acknowledgement Letter serves as proof that the Board of Law Examiners has received $250 in connection with the following matter:**

**Non-resident attorney: William E. Lawler III**

**Case: 15-25-00021-CV**

**Texas court or body: Fifteenth Court of Appeals Austin, Texas**

After satisfying the fee requirement, a non-resident attorney shall file a motion in the Texas court or body in which the non-resident attorney is requesting permission to appear. The motion shall contain the information and statements required by Rule 19(a) of the Rules Governing Admission to the Bar of Texas. The motion must be accompanied by this Acknowledgment Letter and by a motion from a resident practicing Texas attorney that contains the statements required by Rule 19(b).

The decision to grant or deny a non-resident attorney's motion for permission to participate in the proceedings in a particular cause is made by the Texas court or body in which it is filed.

For more information, please see Rule 19 of the Rules Governing Admission to the Bar of Texas and §82.0361, of the Texas Government Code, which can be found on the Board's website.

Cordially,

Nahdiah Hoang
Executive Director

MAILING ADDRESS    TELEPHONE: 512- 463-1621 - FACSIMILE: 512- 463-5300    STREET ADDRESS

Post Office Box 13486    WEBSITE: www.ble.texas.gov    205 West 14th Street, Ste.500

Austin,Texas 78711-3486        Austin, Texas 78701

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Harry Gillam, Jr.
Bar No. 7921800
gil@gillamsmithlaw.com
Envelope ID: 99585172
Filing Code Description: Motion
Filing Description: WILLIAM E. LAWLERS UNOPPOSED MOTION FOR PRO HAC VICE ADMISSION
Status as of 4/11/2025 4:14 PM CST

Associated Case Party: Pfizer Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Stacy Obenhaus | | sobenhaus@foley.com | 4/11/2025 3:48:53 PM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 4/11/2025 3:48:53 PM | SENT |
| Stefan Schropp | | stefan.schropp@ropesgray.com | 4/11/2025 3:48:53 PM | SENT |
| Samantha BarrettBadlam | | samantha.badlam@ropesgray.com | 4/11/2025 3:48:53 PM | SENT |
| Edward Burbach | | eburbach@foley.com | 4/11/2025 3:48:53 PM | SENT |
| George Valton | | val@valjoneslaw.com | 4/11/2025 3:48:53 PM | SENT |

Associated Case Party: Tris Pharma Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Harry Gillam | 7921800 | gil@gillamsmithlaw.com | 4/11/2025 3:48:53 PM | SENT |
| Andrew Gorham | 24012715 | tom@gillamsmithlaw.com | 4/11/2025 3:48:53 PM | SENT |
| M'Liss Hindman | | mliss.hindman@blankrome.com | 4/11/2025 3:48:53 PM | SENT |
| William E.Lawler, III | | william.lawler@blankrome.com | 4/11/2025 3:48:53 PM | SENT |
| Bobbye Pyke | | Bobbye.Pyke@blankrome.com | 4/11/2025 3:48:53 PM | SENT |
| Huaou Yan | | huaou.yan@blankrome.com | 4/11/2025 3:48:53 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Diana Arias | | diana@gillamsmithlaw.com | 4/11/2025 3:48:53 PM | SENT |
| Rosa Ferguson | | rosa@gillamsmithlaw.com | 4/11/2025 3:48:53 PM | SENT |
| Olivia Arias | | olivia@gillamsmithlaw.com | 4/11/2025 3:48:53 PM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Harry Gillam, Jr.
Bar No. 7921800
gil@gillamsmithlaw.com
Envelope ID: 99585172
Filing Code Description: Motion
Filing Description: WILLIAM E. LAWLERS UNOPPOSED MOTION FOR PRO HAC VICE ADMISSION
Status as of 4/11/2025 4:14 PM CST

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@oag.texas.gov | 4/11/2025 3:48:53 PM | SENT |
| Jordan Underhill | 24102586 | jordan.underhill@oag.texas.gov | 4/11/2025 3:48:53 PM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 4/11/2025 3:48:53 PM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 4/11/2025 3:48:53 PM | SENT |

Associated Case Party: Tarik Ahmed

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Earl Thames | 785097 | Glennthames@potterminton.com | 4/11/2025 3:48:53 PM | SENT |
| Jason T.Brown | | jtb@jtblawgroup.com | 4/11/2025 3:48:53 PM | SENT |
| Patrick S.Almonrode | | patalmonrode@jtblawgroup.com | 4/11/2025 3:48:53 PM | SENT |
| Michael E.Jones | | mikejones@potterminton.com | 4/11/2025 3:48:53 PM | SENT |